**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6074**

---

VAN PRINCE WELCH,

Plaintiff - Appellant,

versus

CAPTAIN FAULK; M. A. PHILLIPS, Sergeant;
SERGEANT CARTER; CORPORAL BAILEY; OFFICER
MCQUEEN,

Defendants - Appellees,

and

J. R. DEWAN; E. G. TUCKER, Lieutenant,

Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CA-94-991-2)

---

Submitted: April 30, 1996          Decided: June 11, 1996

---

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Van Prince Welch, Appellant Pro Se.  Jeff Wayne Rosen, David Ian
Tenzer, ADLER, ROSEN & PETERS, P.C., Virginia Beach, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying
relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed
the record and the district court's opinion and find no reversible
error. Accordingly, we affirm on the reasoning of the district
court. <u>Welch v. Faulk</u>, No. CA-94-991-2 (E.D. Va. Dec. 19, 1995). We
dispense with oral argument because the facts and legal contentions
are adequately presented in the materials before the court and
argument would not aid the decisional process.

<u>AFFIRMED</u>